No. 77–1179. STOCKLER v. MICHIGAN ET AL. Appeal from Ct. App. Mich. dismissed for want of substantial federal question. Reported below: 75 Mich. App. 640, 255 N. W. 2d 718.

No. 77–1211. REGENOLD v. BABY FOLD, INC., ET AL. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. 

No. 77–1188. BREZA v. CITY OF TRIMONT. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6228. DEMERS v. RHODE ISLAND ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6231. MUKA v. HEFFRON ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 

No. 77–6244. MARSCHALL ET UX. v. KRISTENSEN ET AL. Appeal from Ct. App. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6313. JENKINS v. DISTRICT OF COLUMBIA. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6149. HARPER v. DUFFEY. Appeal from D. C. Mass. dismissed for want of jurisdiction.